Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

Christopher J. Hufnagel, Esq.
Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Legal@signallaw.com

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DIRECTV, LLC, a California Limited Liability Company, | Case Number: 5:15-CV-00468-BRO(DTB) |
| Plaintiffs, | **ORDER** |
| vs. | |
| YURITZA RODRIGUEZ, Individually, and d/b/a EL CHILITO MEXICAN RESTAURANT, | |
| Defendant. | |

1  IN CONSIDERATION of parties' Joint Motion to Approve Consent
2  Judgment, it is hereby:

3  ORDERED that judgement is entered in favor of Plaintiff and against
4  Defendant YURITZA RODRIGUEZ, Individually, and d/b/a   EL   CHILITO
5  MEXICAN RESTAURANT, for the sum of TWENTY FIVE THOUSAND
6  DOLLARS ($25,000.00), and it is further,

7  ORDERED that upon entry of this Order that this case is dismissed with
8  prejudice, each party bearing its own costs and fees, and it is further

9  ORDERED that this court shall retain jurisdiction over this matter for the
10 enforcement of this Order.

12  SO ORDERED THIS __20th__ DAY OF __JULY_____, 2015.

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE